# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

| | |
|---|---|
| WEYERHAEUSER COMPANY, | Civil Action No. 4:23-cv-00045-FL |
| Plaintiff, | |
| v. | **ORDER** |
| DANIEL INTERNATIONAL CORPORATION, | |
| Defendant. | |

This matter is before the Court on the consent motion of Defendant Daniel International Corporation ("Defendant") to file under seal its Motion to Compel, the exhibits to the Motion to Compel, and Defendant's Memorandum in Support of the Motion to Compel. After reviewing the Motion, the Court finds as follows:

1. Defendant's Motion to Compel, the exhibits to the Motion to Compel and Defendant's Memorandum in Support of its Motion to Compel all constitute, cite or quote documents that Planitiff Weyerhaeuser Corporation ("Plaintiff") has designated confidential under the parties' confidentiality agreement in this action.

2. These documents include a case evaluation memorandum prepared by Plaintiff's outside counsel in the related lawsuit that forms the basis of this indemnity action, billing records from Weyerhaeuser counsel, and portions of the 30(b)(6) deposition of Weyerhaeuser that Plaintiff has marked confidential.

3. There does not appear to be a lesser remedy short of sealing the documents that would protect the confidentiality interest of Plaintiff in these documents.

For the reasons set forth above, the Motion to File Under Seal is hereby GRANTED.

December 4, 2024

Louise Wood Flanagan
United States District Judge