IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:23-CV-45-FL

| | | |
|---|---|---|
| WEYERHAEUSER COMPANY, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DANIEL INTERNATIONAL CORPORATION, | ) | |
| f/k/a Daniel Construction Company. | ) | |

This matter is before the Court on the consent motion of Weyerhaeuser Company ("Weyerhaeuser") to file under seal its Response and accompanying exhibits to Daniel International Corporation's ("Daniel") Motion to Compel (D.E. 60). After reviewing the Motion, the Court GRANTS the Motion to File Under Seal and finds as follows:

1.     Weyerhaeuser's Response and accompany exhibits to Daniel's Motion to Compel cite, quote, and constitute documents that Weyerhaeuser has designated confidential under the parties' confidentiality agreement in this action.

2.     These documents include portions of Weyerhaeuser's responses to written discovery propounded by Daniel in this matter and portions of Weyerhaeuser's 30(b)(6) deposition transcript.

3.     There does not appear to be a lesser remedy short of sealing the documents that would protect the confidentiality interest of Weyerhaeuser in these documents and to uphold the parties' confidentiality agreement.

SO ORDERED, this the 4th day of December, 2024.

_____
LOUISE W. FLANAGAN
United States District Judge