IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:23-CV-45-FL

| | |
|---|---|
| WEYERHAEUSER COMPANY,<br><br>    v.<br><br>DANIEL INTERNATIONAL CORPORATION,<br>f/k/a Daniel Construction Company. | **ORDER GRANTING MOTION TO SEAL WEYERHAEUSER'S OBJECTION AND APPEAL OF APRIL 29, 2025 ORDER BY MAGISTRATE JUDGE** |

This matter is before the Court on the motion of Weyerhaeuser Company ("Weyerhaeuser") to file under seal its Objection to and Appeal of April 29, 2025 Order by Magistrate Judge (the "Objection and Appeal"). After reviewing the Motion, the Court GRANTS the Motion to File Under Seal and finds as follows:

    1.    Weyerhaeuser's Objection and Appeal cites, quotes, references, and/or summarizes documents that Weyerhaeuser or Defendant Daniel International Corporation ("Daniel") have designated confidential under the parties' confidentiality agreement in this action and/or have been filed in this case under seal.

    2.    These documents include documents produced by the parties in discovery.

    3.    There does not appear to be a lesser remedy short of sealing the documents that would protect the confidentiality interests of Weyerhaeuser and Daniel in these documents and to uphold the parties' confidentiality agreement.

    SO ORDERED, this the 27th day of May, 2025.

                                                LOUISE W. FLANAGAN
                                                United States District Judge