IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| WEYERHAEUSER COMPANY, | Civil Action No. 4:23-cv-00045-FL-KS |
| Plaintiff, | |
| v. | **ORDER** |
| DANIEL INTERNATIONAL CORPORATION, | |
| Defendant. | |

This matter is before the Court on the consent motion of Defendant Daniel International Corporation ("Defendant") to file under seal the following document, along with the exhibits thereto: (1) Defendant's appeal of the portion of Magistrate Judge Hilary Swank's April 29, 2025 Order (the "Filings"). After reviewing the Motion, the Court finds as follows:

1. The Filings cite and summarize documents that Plaintiff Weyerhaeuser Corporation ("Plaintiff") has designated confidential under the parties' confidentiality agreement in this action.

2. There does not appear to be a lesser remedy short of sealing the documents that would protect the confidentiality interest of Plaintiff in these materials.

For the reasons set forth above, the Motion to File Under Seal (Doc. No. 131) is hereby GRANTED.

This 27th day of May, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge