UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| WEYERHAUSER COMPANY ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 4:23-CV-45-FL |
| DANIEL INTERNATIONAL ) | |
| CORPORATION, f/k/a Daniel Construction) | |
| Company ) | |
|     Defendant ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties cross motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 18, 2025 and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED.

**This judgment Filed and Entered on July 23, 2025, and Copies To:**
James Wrenn, Jr. / Joshua James Metcalf / Ruth Huskey / Thomas Peyton Smith / John Harris (via CM/ECF Notice of Electronic Filing)
Christopher Barton Major / Scott Frick / William David Conner (via CM/ECF Notice of Electronic Filing)

July 23, 2025    PETER A. MOORE, JR., CLERK

              /s/ Sandra K. Collins
              (By) Sandra K. Collins, Deputy Clerk